CLIFFORD L. DE FISHER, Appellant, v. DOMINICK CORDELLO et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 1000.]

MICHAEL L. CASTIGLIONE, Respondent, v. PHILLIP CAPOZZI, Appellant.— Motion to modify order entered herein on May 12, 1954, to allow plaintiff-respondent costs instead of $10 costs granted. Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 283 App. Div. 1001.]

FLORENCE V. SNYDER, as Executrix of ARTHUR SNYDER, Deceased, Plaintiff, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Defendant and Third-Party Plaintiff-Appellant. DEPEW PAVING CO., INC., Third-Party Defendant-Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 1003.]

JOHN T. SMITH et al., Respondents, v. MARK OSBORNE et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 283 App. Div. 1008.]

THEODORE J. BERNARD, Plaintiff, v. FRED SANGUEDOLCE, Defendant.— Appeal dismissed, without costs upon stipulation.

In the Matter of the Estate of GUIDO PERNISI, Deceased.— Motion granted and appeal dismissed, with $10 motion costs.

JEAN G. TRADUP, Respondent, v. ROBERT H. TRADUP, Appellant.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

ETHEL SACHAROW et al., Appellants, v. JEWEL BICKMANN, as Executrix of ALEXANDER J. BICKMANN, Deceased, Respondent.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

JANE C. BURKE, Appellant, v. GEORGE M. POPE et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL VACCARO, Appellant.— Motion granted and appeal dismissed.